1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11   KEMP SAMUEL, JR,                        1:13-cv-01116-DLB (PC)

12          Plaintiff,
                                             ORDER GRANTING MOTION TO
13   v.                                       PROCEED IN FORMA PAUPERIS

14   UNKNOWN,                                            and

15          Defendants.                      ORDER DIRECTING PAYMENT
                                             OF INMATE FILING FEE
16   _____/

17

18        To The Sheriff of the Fresno County Jail located on 1225 M. Street, P.O. Box 872, Fresno,

19   CA 93712:

20        Plaintiff, a prisoner proceeding pro se and in forma pauperis, is obligated to pay the statutory

21   filing fee of $350.00 for this action.  28 U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly

22   payments in the amount of twenty percent of the preceding month's income credited to plaintiff's

23   trust account.  The Sheriff of the Fresno County Jail is required to send to the Clerk of the Court

24   payments from plaintiff's account each time the amount in the account exceeds $10.00, until the

25   statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

26        In accordance with the above and good cause appearing therefore, IT IS HEREBY

27   ORDERED that:

28                1.  The Sheriff of the Fresno County Jail or his designee shall collect payments from

                                            -1-

plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00,  in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action.

2.  The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's in forma pauperis affidavit on the Sheriff of the Fresno County Jail located on 1225 M. Street, P.O. Box 872, Fresno, CA 93712.

3.  The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S.  District Court, Eastern District of California, Sacramento Division.

IT IS SO ORDERED.

Dated:   **July 24, 2013**        **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE